CHARLES F. POND, as Receiver, Respondent, *v.* THE SALA-
MANCA NATIONAL BANK, Appellant.

Mem. of decision below, 5 App. Div. 619.
(Argued October 19, 1896; decided October 27, 1896.)

THIS was a motion to dismiss the appeal herein.

*James Breck Perkins* for motion.

*James G. Johnson* opposed.

Granted, with costs.  _____

WILLIAM H. WILEY, Respondent, *v.* EDWARD L. GOODSELL,
Appellant.

Reported below, 3 App. Div. 452.
(Argued October 19, 1896; decided October 27, 1896.)

THIS was a motion to dismiss the appeal herein.

*E. M. Wright* for motion.

*Richard H. Mitchell* opposed.

Granted, with costs.  _____

MARTHA KEERY, Appellant, *v.* JOHN F. DIMON et al.,
Respondents.

Mem. of decision below, 91 Hun, 642.
(Argued October 19, 1896; decided October 27, 1896.)

THIS was a motion to dismiss or advance the appeal herein.

*Austen G. Fox* for motion.

*Theodore H. Friend* opposed

Denied, ten dollars costs.